IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | CASE NO. 8:21CR00118-RFR |
|---|---|
| Plaintiff, | |
| vs. | WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER |
| JESUS RODRIGUEZ HERNANDEZ, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1)  The defendant affirms receiving a copy of the indictment;

(2)  The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3)  The defendant pleads not guilty to all counts of the indictment.

_____     4-26-2021
Defendant                                        Date

_____     04/26/2021
Attorney for Defendant                  Date

**ORDER**

IT IS ORDERED that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this __26__ day of __April__, 20_21_.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT