## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR118 |
| | ) | |
| vs. | ) | |
| | ) | |
| JESUS RODRIGUEZ HERNANDEZ and LUIS LOPEZ, | ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the court on defendant Luis Lopez's Unopposed Motion to Continue Trial [45].  Counsel needs additional time to complete plea negotiations. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [45] is granted, as follows:

1. The jury trial, **for both defendants**, now set for November 29, 2021 is continued to **January 18, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 18, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:  November 22, 2021.**

BY THE COURT:


s/ Susan M. Bazis
**United States Magistrate Judge**